Scott J. Ferrell, Bar No. 202091
**NEWPORT TRIAL GROUP**
A Professional Corporation
895 Dove Street, Suite 425
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469
sferrell@trialnewport.com

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MENJIVAR individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PHARMAPRO, INC.; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. 12CV01070-PA (DTBx)<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed:   February 8, 2012 |

    The Court, having considered the Stipulation of Voluntary Dismissal filed by the Parties herein, finds that this action should be dismissed with prejudice.

May 24, 2012

_____
United States District Judge

- 1 -